**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MATTHEW LENNON,** | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **TRANS UNION, LLC,** | : | |
| *Defendant*. | : | NO. 25-cv-1431 |

**O R D E R**

**AND NOW**, this 18th day of March 2025, it is hereby **ORDERED** that the Removing Defendant shall, on ECF, Answer or otherwise plead to the Complaint on or before **April 17, 2025**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1