IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW LENNON, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION, LLC, | : | |
| *Defendant*. | : | NO. 25-cv-1431 |

**ORDER**

       **AND NOW**, this 18th day of March 2025, it appearing to the court that Defendant has not filed the disclosure statement required by Federal Rule of Civil Procedure 7.1 at the time of filing its first appearance,[1] Defendant is hereby **ORDERED** to file its disclosure statement[2] **by 12:00 p.m. on or before March 26, 2026**.

       This Order also serves as a reminder to Defendant of their continuing obligation pursuant to Federal Rule of Civil Procedure 7.1(b)(2) to "promptly file a supplemental statement" of any changes to the information required by Federal Rule of Civil Procedure 7.1(a).

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] Federal Rule of Civil Procedure 7.1(b)(1) requires the disclosure statement to be filed with the party's first appearance, pleading, petition, motion, response, or other request addressed to the court.

[2] A Disclosure Statement Form is available on the Court website and should be filed electronically using the Other Filings/Discovery Documents category.