UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW LENNON,

      Plaintiff,                                CASE NO. 2:25-cv-01432-CFK

vs.

TRANSUNION LLC,

      Defendant.

## TRANSUNION, LLC'S DISCLOSURE STATEMENT

The undersigned counsel for Defendant Trans Union LLC, certifies that it is a non-governmental corporate party and discloses that the following parent corporations and publicly held companies own 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.  TransUnion is a publicly traded entity with the ticker symbol TRU.  Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity with the ticker symbol TROW, own more than 10 percent of TransUnion's stock.

                      Respectfully submitted,

                      **BUCHANAN INGERSOLL & ROONEY PC**
                      By: */s/ Robert J. Murdoch*
                      Robert J. Murdoch (PA Id. No. 92652)
                      501 Grant Street, Suite 200
                      Pittsburgh, PA 15236
                      T: 412-562-1423
                      Robert.murdoch@bipc.com

                      *Counsel for Defendant TransUnion, LLC*

Dated:  March 19, 2025

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 19, 2025, I caused a copy of the foregoing Disclosure Statement to be electronically filed with the Clerk via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing systems. Parties may access the filing through the Court's CM/ECF System.

                                                */s/ Robert J. Murdoch*
                                                Robert J. Murdoch, Esq.