UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW LENNON,

    Plaintiff,

vs.

TRANS UNION, LLC;

    Defendant.

CASE NO: 2:25-cv-01431-CFK

## ORDER

**AND NOW**, this \_\_\_ day of April, 2025, in response to TransUnion, LLC's ("TransUnion") unopposed Motion for Extension of Time to file a response to Plaintiff's Complaint, it is hereby **ORDERED** that TransUnion shall file a response to Plaintiff's Complaint by May 1, 2025.

IT IS SO ORDERED.

BY THE COURT:

Dated: _____

_____
**Chad F. Kenney**
*Judge, United States District Court*

1