**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MATTHEW LENNON,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **TRANS UNION, LLC,** | : | |
| *Defendant.* | : | **NO. 25-cv-1431** |

# O R D E R

**AND NOW,** this 15th day of April 2025, upon consideration of Defendant Trans Union, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (ECF No. 9), it is hereby **ORDERED** that:

1. The Motion (ECF No. 9) is **GRANTED**.

2. Defendant Trans Union, LLC shall file a responsive pleading to the Complaint on or before **May 1, 2025**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**