# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW LENNON,<br><br>      Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>      Defendant. | CASE NO. 2:25-cv-01431-CFK |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Trans Union, LLC ("Trans Union"), through counsel, hereby respectfully submits its Motion to Dismiss Plaintiff's Complaint, pursuant to FRCP 12(b)(6). In support, Trans Union submits the attached memorandum.

Dated: May 1, 2025

**BUCHANAN INGERSOLL & ROONEY PC**
By: */s/ Robert J. Murdoch*

Robert J. Murdoch, Esq. (PA 92652)
501 Grant Street, Suite 200
Pittsburgh, PA 15236
T: 412-562-1423
Robert.murdoch@bipc.com

*Counsel for Defendant TransUnion LLC*

## **MEET AND CONFER CERTIFICATION**

Undersigned counsel hereby certified that the Parties met and conferred via telephone on April 23, 2025 to discuss the substance of the relief sought herein. The Parties were unable to reach a resolution of the issues raised herein, thus necessitating this Motion.

*/s/ Robert J. Murdoch*
Robert J. Murdoch, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2025, I electronically filed a true and complete copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record.

*/s/ Robert J. Murdoch*
Robert J. Murdoch, Esq.