# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW LENNON,<br><br>      Plaintiff,<br><br>    v.<br><br>TRANS UNION, LLC,<br><br>      Defendant. | CASE NO. 2:25-cv-01431-CFK |

## ORDER

**AND NOW**, this ___ day of _____, 2025, upon consideration of Defendant Trans Union, LLC's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

BY THE COURT:

Dated: _____                        _____
**Chad F. Kenney**
*Judge, United States District Court*

1