IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Matthew Lennon,  Plaintiff, v.  Trans Union, LLC,  Defendant. | Docket 2:25-cv-1431-CFK |
|---|---|

### ORDER

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, it is herby ordered that the motion is GRANTED. Plaintiff's deadline to respond to Defendant's Motion to Dismiss is extended to June 12, 2025.

Date:_____  

_____
Chad F. Kenney
United States District Judge