# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW LENNON,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TRANS UNION, LLC,** | : | No. 25-cv-1431 |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **7th day** of **May 2025**, upon consideration of Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (ECF No. 12), it is hereby **ORDERED** that the Motion is **GRANTED**. Accordingly, Plaintiff shall respond to Defendant's Motion to Dismiss (ECF No. 11) on or before **June 12, 2025**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**