## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW LENNON,<br><br>      Plaintiff,<br><br>      v.<br><br>TRANS UNION, LLC,<br><br>      Defendant. | CASE NO. 2:25-cv-01431-CFK |

### DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Trans Union, LLC ("Trans Union"), through counsel, hereby respectfully submits its Reply to Plaintiff's Response in Opposition to Motion to Dismiss Plaintiff's Complaint pursuant to FRCP 12(b)(6). In support, Trans Union submits the attached memorandum.

Dated: June 18, 2025

**BUCHANAN INGERSOLL & ROONEY PC**
By: */s/ Robert J. Murdoch*

Robert J. Murdoch, Esq. (PA 92652)
501 Grant Street, Suite 200
Pittsburgh, PA 15236
T: 412-562-1423
Robert.murdoch@bipc.com

*Counsel for Defendant TransUnion LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June, 2025, I electronically filed a true and complete copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the counsel of record.

*/s/ Robert J. Murdoch*
Robert J. Murdoch, Esq.