# Exhibit 1

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: MONTGOMERY

| | |
|---|---|
| Mag. Dist. No.: 38-1-02 | |
| DJ Name: Hon. Judge | |
| Address: 117 YORK ROAD #100B JENKINTOWN PA 19046 | |
| Telephone: (215) 635-0666 | |

**CIVIL COMPLAINT**
PLAINTIFF: NAME and ADDRESS

MIDLAND CREDIT MANAGEMENT, INC.
P.O. BOX 2121
WARREN MI 48090

VS.

DEFENDANT:
MATTHEW LENNON

| | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ 171.00 | / / |
| POSTAGE | $ 9.43 | / / |
| SERVING COSTS | $ | / / |
| CONSTABLE ED. | $ | / / |
| TOTAL | $ 180.43 | /9/15/23/ |

Docket No.: CV-109-23
Date File: SEP 15 2023



Pa. R.C.P.D.J. No 206 sets forth those costs recoverable by the prevailing party.

TO THE DEFENDANT: The above named plaintiff(s) asks judgment against you for $7,555.67, together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

Plaintiff is the owner of a certain credit account (hereinafter "the Account") by virtue of the assignment of the account. As a result of the assignment, Plaintiff now holds all rights, title and interest in and to the account. Upon information and belief, the Defendant entered into a credit account with COMENITY CAPITAL BANK, received a credit account for the account bearing the last 4 numbers of XXXXXXXXXXXX-4105 and used or authorized the use of said card for the purpose of obtaining goods and/or services and/or cash advances. Based upon records kept on behalf of Plaintiff, the last payment posted to the account on May 10, 2021. The account shows that the Defendant owes a balance of $7,555.67

I, KRISTINA HOMOLESKI / MARTIN BUNCE verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S § 4904) related to unsworn falsification to authorities.
I certify that this filing complies with the provisions of the Case Records Public Access Policy of the United Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

KRISTINA HOMOLESKI #330081
MARTIN BUNCE #323896
**Attorney for Plaintiff**

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa. R.C.P.M..D.J.207.1

**IF YOU INTEND TO ENTER A DEFENSE TO THIS COMPLAINT, YOU SHOULD NOTIFY THIS OFFICE IMMEDIATELY AT THE ABOVE TELEPHONE NUMBER. YOU MUST APPEAR AT THE HEARING AND PRESENT YOUR DEFENSE. UNLESS YOU DO, JUDGMENT MAY BE ENTERED AGAINST YOU BY DEFAULT.**

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days (5) before the date set for the hearing.

**If you are disabled and require reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.**

MDJS 308A-BL
Printed: 08/28/2023
PA_0112 File No.: 23-79020 SCP

1

FREE INTERPRETER
www.pacourts.us/language-rights
2156350666