# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW LENNON,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TRANS UNION, LLC,** | : | No. 25-cv-1431 |
| *Defendant*. | : | |

## ORDER

**AND NOW**, this **11th day** of **July 2025**, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 11), Plaintiff's Opposition (ECF No. 14), Defendant's Reply (ECF No. 15), Plaintiff's Sur-Reply (ECF No. 16), and the docket, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's Complaint is dismissed **WITH PREJUDICE**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**